**95–457.** State ex rel. Whitmer v. Indus. Comm. *Franklin County*, No. 94APD01–59. On motion to consolidate case with 95–490, *State ex rel. Whitmer v. Indus. Comm.*, Franklin County, No. 94APD01–59. Motion granted.

**95–644.** State ex rel. Zschach v. Court of Common Pleas of Fairfield Cty. In Prohibition. On motion for leave to intervene of Nan Barneby, natural mother. Motion denied.
DOUGLAS and PFEIFER, JJ., dissent.
On motion for leave to intervene of Stephen R. Johnson, natural father. Motion denied.
DOUGLAS and PFEIFER, JJ., dissent.

**95–792.** Wise v. Ohio Parole Auth. In Mandamus. On motion to clarify court order. Motion denied.

**95–968.** Ransome v. Lampman. *Miami County*, Nos. 94CA20 and 94CA21. On motion to file statement of additional authorities. Motion granted.

**95–1030.** State v. Carroll. *Lorain County*, Nos. 93CA005775 and 94CA005814. On request for oral argument and on motion for appointment of counsel. Request and motion denied.
COOK, J., not participating.

**95–1207.** State v. Adams. *Lucas County*, No. L–93–248. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**95–1246.** State v. Witlicki. *Lake County*, No. 8245. On motion for appointment of counsel. Motion denied.
MOYER, C.J., dissents.

**95–1254.** State v. McDaniels. *Summit County*, No. 15502. On motion for leave to file delayed appeal. Motion denied.
COOK, J., not participating.

**95–1256.** State v. Smith. *Cuyahoga County*, No. 65636. On motion for leave to file delayed appeal. Motion denied.

**95–1263.** State v. Santiago. *Cuyahoga County*, No. 67053. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**95–1288.** State v. Calhoun. *Lorain County*, No. 94CA005824. On motion for leave to file delayed appeal. Motion granted.
F.E. SWEENEY and COOK, JJ., dissent.

**95–1295.** State v. Fisher. *Hamilton County*, No. C–940571. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**95–1326.** State v. Cooper. *Hamilton County*, No. C–940350. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**95–1332.** State v. Smith. *Cuyahoga County*, No. 66497. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**95–1352.** State v. Williams. *Summit County*, No. 16943. On motion for leave to file delayed appeal. Motion granted.
DOUGLAS and F.E. SWEENEY, JJ., dissent.

**95–1353.** Bldg. Indus. Assn. of Cleveland v. Westlake. *Cuyahoga County*, No. 67205. On motion for admission *pro hac vice* of Alan Weinstein. Motion granted.